

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 7, 2020

**BY ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Michael Paulsen*
19 Cr. 660 (PAC)

Dear Judge Crotty:

1-8-2020

*The request for an adjournment to 2/20/2020 is granted. Time will be excluded. [signature] USDJ*

The parties jointly write to request an adjournment of the conference scheduled in the above-referenced case for January 8, 2020, at 12:15 p.m. The parties are currently engaging in pre-trial disposition discussions and request additional time to continue these discussions. After conferring with defense counsel and chambers, the Government respectfully requests that a conference be scheduled for February 20, 2020, at 4:30 p.m.

The Government respectfully requests that the time between today and February 20, 2020, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties time to engage in discussions regarding a potential pretrial resolution of this matter. The Government respectfully submits that the proposed exclusion would be in the interest of justice.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for
the Southern District of New York

By: _____/s/_____
Elinor L. Tarlow / Daniel H. Wolf
Assistant United States Attorneys
(212) 637-1036 /2237

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-8-2020

cc: Joseph Sorrentino, Esq. (via ECF)