

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 19, 2020

**BY ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Michael Paulsen*, 19 Cr. 660 (PAC)

Dear Judge Crotty:

2/21/2020

The matter will be adjourned until April 23, 2020 at 11 a.m. Time is excluded until then.

So ordered
Paul Crotty
USDJ

The parties jointly write to request an adjournment of the conference scheduled in the above-referenced case for February 20, 2020 at 4:30 p.m. The parties are currently engaging in pre-trial disposition discussions and request additional time to continue these discussions. The parties respectfully request that a conference date be scheduled in approximately 45 days.

The Government respectfully requests that the time between tomorrow and the conference date set by the Court be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties time to engage in discussions regarding a potential pretrial resolution of this matter. The Government respectfully submits that the proposed exclusion would be in the interest of justice.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for
the Southern District of New York

By: _____/s/_____
Elinor L. Tarlow / Daniel H. Wolf
Assistant United States Attorneys
(212) 637-1036 /2237

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-21-20

cc: Joseph Sorrentino, Esq. (via ECF)