

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 19, 2020

**BY ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

> 8/20/2020
> The August 20th conference is adjourned to October 15, 2020 at 12 noon. Time is excluded through October 15, 2020 to allow the parties to engage in a pretrial disposition. SO ORDERED.
>
> /s/ Paul A. Crotty

Re: *United States v. Michael Paulsen*, 19 Cr. 660 (PAC)

Dear Judge Crotty:

The parties jointly write to request an adjournment of the conference scheduled in this case for August 20, 2020 in light of the COVID-19 pandemic, the resulting limitations on court appearances, and because the parties are currently engaging in pre-trial disposition discussions and request additional time to continue these discussions. The parties respectfully request that the conference date be adjourned to any date in approximately eight weeks.

The Government respectfully requests that the time between tomorrow and the conference date set by the Court be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties time to engage in discussions regarding a potential pretrial resolution of this matter. The Government respectfully submits that the proposed exclusion would be in the interest of justice and understands that defense counsel consents to this exclusion.

Respectfully submitted,

AUDREY L. STRAUSS
Acting United States Attorney for
the Southern District of New York

By:  /s/
Elinor L. Tarlow / Daniel H. Wolf
Assistant United States Attorneys
(212) 637-1036 /2237

cc: Joseph Sorrentino, Esq. (via ECF)