

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 30, 2020

**VIA ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Michael Paulsen,* **19 Cr. 660 (PAC)**

Dear Judge Crotty:

      The Government respectfully requests that the Court enter the attached protective order, which defense counsel for defendant Michael Paulsen has signed. The Government requests entry of this order because it intends to provide to the defendant, pursuant to Federal Rule of Criminal Procedure 16, unredacted versions of certain documents that contain personal identification information and other private, sensitive, and confidential information.

                               Respectfully submitted,

                                 Audrey Strauss
                               Acting United States Attorney

              By:     /s/_____
                     Elinor Tarlow / Daniel Wolf
                     Assistant United States Attorneys
                     (212) 637-1036 / 2337

CC:    Joseph Sorrentino, Esq.