

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 12, 2021

**BY ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

2/16/2021
The February 16 conference is adjourned to March 9, 2021 at 12:15 PM. Time will be excluded through March 9, 2021. There will be no further adjournments. SO ORDERED.

*[signature: Paul A. Crotty]*

Re:   *United States v. Michael Paulsen*, 19 Cr. 660 (PAC)

Dear Judge Crotty:

The parties jointly write to request an adjournment of the conference scheduled in this case for February 16, 2021 in light of the COVID-19 pandemic, the resulting limitations on court appearances, and because the parties are currently engaging in pre-trial disposition discussions and request additional time to continue these discussions. The parties respectfully request that the conference date be adjourned to any date in approximately four weeks.

The Government respectfully requests that the time between February 16, 2021, and the conference date set by the Court be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties time to engage in discussions regarding a potential pretrial resolution of this matter. The Government respectfully submits that the proposed exclusion would be in the interest of justice and understands that defense counsel consents to this exclusion.

Respectfully submitted,

AUDREY L. STRAUSS
United States Attorney for
the Southern District of New York

By:   _____/s/_____
Elinor L. Tarlow / Daniel H. Wolf
Assistant United States Attorneys
(212) 637-1036 /2237

cc: Joseph Sorrentino, Esq. (via ECF)