The Law Office of James M. Branden
80 Bay Street Landing, Suite 7J
New York, New York 10301
Tel. 212-286-0173
Fax 212-286-0495

July 14, 2021

Hon. Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

                Re:   United States v. Michael Paulsen
                        Cr. Docket No. 19-660 (PAC)

Dear Judge Crotty:

    Along with Joseph V. Sorrentino, I represent Mr. Paulsen in the above-referenced matter. I write to request a second adjournment of the sentencing, which is presently scheduled for July 29, 2021, at 10:00 a.m.

    The matter was first adjourned to allow for a psychiatric evaluation of Mr. Paulsen and while Mr. Paulsen has met with a psychiatrist, a report containing the latter's findings will be delayed due to the psychiatrist's other commitments. He has, however, guaranteed that the report will issue by July 26. The defense will file its sentencing memorandum, along with the psychiatrist's report, by August 6, 2021. The government will of course need time to respond.

    The parties have conferred and there are some "out of office" dates in August and early September. However, mutually convenient dates are: 8/30, 9/2, and 9/3, or a date that is convenient to the Court thereafter.

    The government consents to this request for an adjournment of the sentencing.

                                               Respectfully submitted,

                                               James M. Branden